United States Court of Appeals
Fifth Circuit

**F I L E D**

April 12, 2006

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-41226
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JUAN ORDONES-FERUZCA, also known as
Rafael Ornelas-Garcia,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District
for the Southern District of Texas
USDC No. 7:01-CR-87-ALL
--------------------

Before JONES, Chief Judge, and JOLLY and DAVIS, Circuit Judges.

PER CURIAM:[*]

     The Federal Public Defender, appointed counsel for Juan

Ordones-Feruzca, has moved for leave to withdraw and has filed a

brief in accordance with Anders v. California, 386 U.S. 738

(1967).  Ordones-Feruzca has not filed a response to counsel's

motion.  Our independent review of the brief and the record

discloses no nonfrivolous issues for appeal.  Accordingly,

counsel's motion for leave to withdraw is GRANTED, counsel is

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

excused from further responsibilities herein, and the APPEAL IS

DISMISSED.  See 5TH CIR. R. 42.2.